FMHO 1067 12 10
(HOMEOWNERS)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SPECIAL PROVISIONS - FLORIDA**

**SECTION I - PROPERTY COVERAGES**

In form **HO 00 06** the following sentence is added:

This coverage is excess over the amount recoverable under any other policy covering the same property.

**COVERAGE C - Personal Property**

**Special Limits of Liability**

Items **10.** and **11.** are deleted and replaced by the following:

10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this item **10.**

11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

    Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this item **11.**

**Property Not Covered**

Item **3.b.** is deleted and replaced by the following:

3. Motor vehicles or all other motorized land conveyances. This includes:

    b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of "motor vehicles" or all other motorized land conveyances.

    Electronic apparatus includes:

    (1) Accessories and antennas; or

    (2) Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this item **3.b.**

    The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

    We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a. Used to service an insured's residence; or

    b. Designed for assisting the handicapped;

**COVERAGE D - Loss of Use**

Item **1.** in form HO 00 02 and HO 00 03 is deleted and replaced by the following:

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

    Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

Item **1.** in form HO 00 04 and HO 00 06 is deleted and replaced by the following:

1. If a loss covered under this Section to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

    Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**SECTION I - ADDITIONAL COVERAGES**

Item **7.** in form **HO 00 06** is deleted and replaced by the following:

7. **Loss Assessment.** We will pay up to $2000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption. A $250 deductible shall apply per direct property loss, unless another deductible was or will be applied to other property loss that resulted from the same property loss being assessed. In that case no deductible for loss assessment will be applied.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessment charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $2000 is the most we will pay as a result of the same direct loss to property. The maximum amount of any unit owner's loss assessment coverage that can be assessed for any loss shall be an amount equal to that unit owner's loss assessment coverage limit in effect 1 day before the date of the occurrence. Any changes to the limits of a unit owner's coverage for loss assessments made on or after the day before the date of the occurrence are not applicable to such loss.

**Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.**

9. **Glass or Safety Glazing Material** is deleted and replaced by the following:

9. **Glass or Safety Glazing Material.**

   a. We cover:

      (1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

      (2) The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

      (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

   b. This coverage does not include loss:

      (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

      (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this ADDITIONAL COVERAGE 9. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Form **HO 00 08**, we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is ADDITIONAL COVERAGE 8. in Form **HO 00 08**.)

The following ADDITIONAL COVERAGE is added to Forms **HO 00 02** and **HO 00 03** only. With respect to Form **HO 00 04**, the words covered building used below, refer to property covered under ADDITIONAL COVERAGE 10. Building Additions and Alterations.

11. **Ordinance or Law.**

    a. You may use up to the limit of liability included on your policy declarations as it applies to COVERAGE A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

       (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a PERIL INSURED AGAINST;

       (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a PERIL INSURED AGAINST to another part of that covered building or other structure; or

       (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair

or replacement of that part of the covered building or other structure damaged by a PERIL INSURED AGAINST.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

c. We do not cover:

   (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

   (2) The costs to comply with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is ADDITIONAL COVERAGE **10.** in Form **HO 00 06.**)

## SECTION I - PERILS INSURED AGAINST

The following perils are added:

### Sinkhole Loss

a. Sinkhole Loss means structural damage to the building, including the foundation, caused by sinkhole activity. Contents coverage shall apply only if there is structural damage to the building caused by sinkhole activity.

   (1) We will pay to stabilize the land and building and repair the foundation in accordance with the recommendations of a professional engineer and in consultation with you.

b. Sinkhole Activity means settlement or systematic weakening of the earth supporting such property only when such settlement or systematic weakening results from movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

The SECTION I - Earth Movement exclusion does not apply to this peril.

(This is PERIL INSURED AGAINST COVERAGE C - PERSONAL PROPERTY **17.** in Form **HO 00 03** SECTION I - PERILS INSURED AGAINST **17.** in Forms HO 00 02, HO 00 04 and HO 00 06)

### Catastrophic Ground Cover Collapse

a. We insured for direct physical loss to property covered under Section I caused by the peril of "catastrophic ground cover collapse". "Catastrophic ground cover collapse" is geological activity that results in all of the following:

- The abrupt collapse of the ground cover;
- A depression in the ground cover clearly visible to the naked eye;
- Structural damage to the building, including the foundation; and
- The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

b. Coverage **C** applies only if there is a loss resulting from "catastrophic ground cover collapse". Structural damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from a "catastrophic ground cover collapse".

(This is PERIL INSURED AGAINST COVERAGE C - PERSONAL PROPERTY **18.** in Form **HO 00 03** SECTION I - PERILS INSURED AGAINST **18.** in Forms HO 00 02, HO 00 04 and HO 00 06)

## SECTION I - EXCLUSIONS

1. **Ordinance or Law** is deleted and replaced by the following:

1. **Ordinance or Law,** meaning any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion **1.a.** does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;

b. The requirements of which result in a loss in value to property; or

c. Requiring any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to the recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is exclusion **1.a.** in Form **HO 00 03**.)

2. **Earth Movement** is deleted and replaced by the following:

2. **Earth Movement**, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

a. Fire; or

b. Explosion

ensues and then we will pay only for the ensuing loss, however theft and "Catastrophic Ground Cover Collapse" are not parts of the ensuing loss.

This exclusion does not apply to loss by theft.

(This is exclusion **1.b.** in Form **HO 00 03**.)

4. **Power Failure** is deleted and replaced by the following:

4. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the residence premises. But if the failure of power or other utility service results in a loss, from a PERIL INSURED AGAINST on the residence premises, we will pay for the loss or damage caused by that PERIL INSURED AGAINST.

(This is exclusion **1.d.** in Form **HO 00 03**.)

**SECTION I - CONDITIONS**

3. **Loss Settlement.**

Under Form **HO 00 03**, item **b.** (4) and (5) are deleted. Under Form **HO 00 06**, item **b.** (1) and (2) is deleted and replaced by the following:

(b). Coverage A - Dwelling

(1) The damage will be adjusted at replacement cost not to exceed the applicable limit of liability.

6. **Appraisal** is deleted and replaced by the following:

6. If you and we are engaged in a dispute regarding a claim, either may:

a. **Mediation.** Demand a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of the mediation is binding only if both parties agree, in writing, on a settlement and, you have not rescinded the settlement within 3 business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting any mediation conference except when you fail to appear at a conference. That conference will then be rescheduled upon your payment of the mediator's fee for that rescheduled conference. However, if we fail to appear at a mediation conference, we will pay your actual cash expenses you incur in attending the conference and also pay the mediator's fee for the rescheduled conference.

b. **Neutral Evaluation.** For sinkhole claims neutral evaluation takes place of any previous conflicting Mediation conditions in **(SECTION I - CONDITIONS 6 a.)**

Following the receipt of the sinkhole report or the denial of a claim for a sinkhole loss, we shall notify you of your right to participate in the neutral evaluation program. We shall provide to you the consumer information pamphlet prepared by the department of insurance as defined in Florida statutes.

(1) Neutral evaluation is nonbinding, but mandatory if requested by either party. A request for neutral evaluation may be filed with the Department of Financial Services by you or us on a form approved by the Department of Financial Services. The request for neutral evaluation must state the reason for the request and must include an explanation of all the issues in dispute at the time of the request.

(2) Neutral evaluation shall be conducted as an informal process in which formal rules of evidence and procedure need not be observed. A party to neutral evaluation is not required to attend neutral evaluation if a representative of the party attends and has the authority to make a binding decision on behalf of the party. All parties shall participate in the evaluation in good faith.

(3) We shall pay the costs associated with the neutral evaluation.

(4) Upon receipt of a request for neutral evaluation, the department shall provide the parties a list of certified neutral evaluators. The parties shall mutually select a neutral evaluator from the list and promptly inform the department. If the parties cannot agree to a neutral evaluator within 10 business days, the department shall appoint a neutral evaluator from the department list. Upon selection or appointment, the department shall promptly refer the request to the neutral evaluator. Within 5 business days after the referral, the neutral evaluator shall notify both parties of the date, time, and place of the neutral evaluation conference. The conference may be held by telephone, if feasible and desirable. The neutral evaluation conference shall be held within 45 days after the receipt of the request by the department.

(5) The recommendation of the neutral evaluator is not binding on any party, and the parties retain access to court. The neutral evaluator's written recommendation is admissible in any subsequent action or proceeding relating to the claim or to the cause of action giving rise to the claim.

(6) If the neutral evaluator first verifies the existence of a sinkhole and, second, recommends the need for and estimates costs of stabilizing the land and any covered structures or buildings and other appropriate remediation or structural repairs, which costs exceed the amount that we have offered to pay the policyholder, we are liable to the you for up to $2,500 in attorney's fees for the attorney's participation in the neutral evaluation process. For purposes of this subsection, the term "offer to pay" means a written offer signed by us or our legal representative and delivered to your within 10 days after the insurer receives notice that a request for neutral evaluation has been made under this section.

(7) If we timely agree in writing to comply and timely comply with the recommendation of the neutral evaluator, but you decline to resolve the matter in accordance with the recommendation of the neutral evaluator pursuant to this section:

(I) We are not liable for extracontractual damages related to a claim for a sinkhole loss but only as related to the issues determined by the neutral evaluation process. This section does not affect or impair claims for extracontractual damages unrelated to the issues determined by the neutral evaluation process contained in this section; and

(II) We are not liable for attorney's fees or other provisions of the insurance code unless you obtain a judgment that is more favorable than the recommendation of the neutral evaluator.

Mediation will not apply to any claim in which we have a reasonable basis to suspect fraud; or based on agreed-upon facts as to the cause of the loss, there is no coverage under this policy.

8. **Suit Against Us** is deleted and replaced by the following:

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within 5 years after the date of loss.

Filing a request for neutral evaluation tolls the applicable time requirements for filing suit for a period of 60 days following the conclusion of the neutral evaluation process or the time prescribed in Section 95-11, Florida Statutes (5 years after the date of loss) whichever is later.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable:

a. 20 days after we receive your proof of loss and reach written agreement with you; or

b. 60 days after we receive your proof of loss and:

(1) There is an entry of a final judgment; or

(2) There is a filing of a mediation settlement with us.

c. Within 90 days after receive notice of a property insurance claim from you, we shall pay or deny such claim unless failing to pay such claim is caused by factors beyond the control of us which reasonably prevent such payment.

**SECTION II - EXCLUSIONS**

Under 1. COVERAGE E - Personal Liability and COVERAGE F - Medical Payments to Others, items a. and l. are deleted and replaced by the following:

a. Which is expected or intended by one or more insureds;

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

(This is exclusion 1.m. in HO 24 73.)

**SECTIONS I AND II - CONDITIONS**

2. **Concealment or Fraud** is deleted and replaced by the following:

2. **Concealment or Fraud.**

   a. Under SECTION I - PROPERTY COVERAGES, with respect to all insureds covered under this policy, we provide no coverage for loss under SECTION I - PROPERTY COVERAGES if, whether before or after a loss, one or more insureds have:

   (1) Intentionally concealed or misrepresented any material fact or circumstance;

   (2) Engaged in fraudulent conduct; or

   (3) Made false statements;

   relating to this insurance.

   b. Under Section II - LIABILITY COVERAGES, we do not provide coverage to one or more insureds who, whether before or after a loss, have:

   (1) Intentionally concealed or misrepresented any material fact or circumstance

   (2) Engaged in fraudulent conduct; or

   (3) Made false statements;

   relating to this insurance.

5. **Cancellation.** Paragraphs **b., c.,** and **d.** are deleted and replaced by the following:

   b. When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

   c. We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

   Proof of mailing will be sufficient proof of notice.

   (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect. We will reinstate your policy provided that cancellation for non-payment of premium occurs due to a lender's failure to pay the policy premium.

   (2) When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

      (a) On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

      (b) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

         (i) The total of such property claim payments for this policy exceeds the current policy limits of coverage for "property damage"; or

(ii) You have failed to repair the structure in accordance with the engineering recommendations.

(c) On the sole basis of filing a single claim resulting from water damage unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

Except as provided in item 5.b. above, we will let you know of our action at least 20 days before the date cancellation takes effect.

However, for cancellations where your residential structure has been insured by us for at least a 5 year period immediately prior to the date the cancellation takes effect, we will send notice at least 180 days prior to the date the cancellation takes effect. Such 180 day notice does not apply when the cancellation is due to non payment of premium.

(3) When this policy has been in effect for more than 90 days, we may cancel:

(a) If there has been a material misstatement;

(b) If the risk has changed substantially since the policy was issued;

(c) In the event of failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

(d) If the cancellation is for all insureds under policies of this type for a given class of insureds;

(e) On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(f) On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim, if:

(i) The total of such property claim payments for this policy exceeds the current policy limits of coverage for "property damage"; or

(ii) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

This can be done by letting you know at least 100 days before the date cancellation takes effect. For cancellations effective between June 1 and November 30 such notice must be sent the earlier of 100 days prior to the date cancellations take effect or June 1. However, for cancellations where your residential structure has been insured by us for at least a 5 year period immediately prior to the date the cancellation takes effect, we will send notice at least 180 days prior to the date the cancellation takes effect. Such 180 day notice does not apply when the cancellation is due to non payment of premium.

d. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

e. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 working days after the date cancellation takes effect.

6. **Nonrenewal** is deleted and replaced by the following:

6. **Nonrenewal.** We may elect not to renew this policy. However, we will not nonrenew this policy:

a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the insured has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

b. On the basis of filing of claims for partial loss caused by sinkhole damage or clay shrinkage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may elect not to renew this policy if:

(1) The total of such property claim payments for this policy exceeds the current policy limits of coverage for "property damage"; or

(2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

c. On the basis of filing a single claim resulting from water damage unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal, at least 100 days before the expiration date of this policy. For non renewals effective between June 1 and November 30 such notice must be sent the earlier of 100 days prior to the date non renewals take effect or June 1. However, for cancellations where your residential structure has been insured by us for at least a 5 year period immediately prior to the date the cancellation takes effect, we will send notice at least 180 days prior to the date the cancellation takes effect. Proof of mailing will be sufficient proof of notice.

8. **Subrogation.** The following sentence is added to the first paragraph of this condition:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the "residence premises" is located.

The following condition is added:

10. **Renewal Notification.** If we elect to renew this policy, we will let you know, in writing:

   a. Of our decision to renew this policy; and

   b. The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

All other provisions of this policy apply.